1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WALLER, | Case No. CV 13-5705 JAK (MRW) |
|         Petitioner, | |
|     vs. | JUDGMENT |
| UNITED STATES OF AMERICA, et al., | |
|         Respondents. | |

Pursuant to the Order Dismissing Action,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: January 22, 2014

_____
HON. JOHN A KRONSTADT
UNITED STATES DISTRICT JUDGE